## First Department, March, 1929.

Abbey Dryfuss, Respondent, v. Harry G. Cowen and Others, Copartners Doing Business under the Firm Name and Style of Cowen & Co., Appellants.

Per Curiam. It is conceded that the first cause of action relates merely to damages for the unauthorized sell-out, measured by the difference in market value between the prices at which it is alleged the stocks were wrongfully sold and the highest market price within a reasonable time after the sale. Such demand for judgment has no relation to the moneys still in defendants' hands concededly plaintiff's due. Judgment and order affirmed, with costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ. Judgment affirmed, with costs.

Sophie Floor, Respondent, v. Edward Floor, Appellant.

Per Curiam. The testimony of the defendant, corroborated by the letters of the plaintiff and her sister, sufficiently sustain the defense of justification for the abandonment. The judgment appealed from should, therefore, be reversed and judgment directed for the defendant. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.; Martin, J., dissents. Judgment reversed and judgment directed for defendant. Settle order on notice reversing the findings inconsistent with this determination and containing such new findings of facts proved upon the trial as are necessary to sustain the judgment hereby awarded.